UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GABRIEL OLIVALEMUS, <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 23-cv-04963-HSG <br><br> **ORDER OF DISMISSAL** |

Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On February 16, 2024, the Court screened the complaint and found that it failed to state a claim for relief. Dkt. No. 16. The Court dismissed the complaint with leave to amend. Dkt. No. 16. The Court informed Plaintiff that the failure to file an amended complaint by March 15, 2024, would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court. Accordingly, for the foregoing reasons and for the reasons stated in the Court's February 16, 2024 Order, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's February 16, 2024 Order, and explaining why Plaintiff failed to timely file an amended complaint. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the file.

**IT IS SO ORDERED.**

Dated: 4/11/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge