UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GABRIEL OLIVALEMUS,<br><br>              Plaintiff,<br><br>      v.<br><br>CONTRA COSTA COUNTY SHERIFF, et al.,<br><br>              Defendants. | Case No.  23-cv-04963-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall terminate all pending motions, enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  April 11, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge